| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | Debtor's name | **Nth Connect Telecom, Inc.** |
| --- | --- | --- |

| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| --- | --- | --- |

| 3. | Debtor's federal Employer Identification Number (EIN) | **65-1228873** |
| --- | --- | --- |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **5524 Lisboa Street**<br>**Chino Hills, CA 91709**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **San Bernardino**<br>County | Location of principal assets, if different from principal place of business |
| | _____<br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | _____ |
| --- | --- | --- |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Nth Connect Telecom, Inc.**                                      Case number (*if known*) _____
      Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

      ————

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | District _____ | | When _____ | | Case number _____ | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

Debtor    **Nth Connect Telecom, Inc.**    Case number (*if known*) _____
    Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

    Contact name _____

    Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Nth Connect Telecom, Inc.**                                    Case number (*if known*)
          Name

███    **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/12/2019
               MM / DD / YYYY

X _____           **Steven Chen**
Signature of authorized representative of debtor    Printed name

Title    **Corporate Officer**

**18. Signature of attorney**    X _____    Date    02/12/2019
                                 Signature of attorney for debtor          MM / DD / YYYY

**K. Keith McAllister Attorney at Law**
Printed name

**Keith McAllister**
Firm name

**P.O. Box 864**
**Tiburon, CA 94920**
Number, Street, City, State & ZIP Code

Contact phone    **(415) 435-2338**    Email address    **kkmcallister@gmail.com**

**71857 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name **Nth Connect Telecom, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02-12-2019      X _____

Signature of individual signing on behalf of debtor

**Steven Chen**
Printed name

**Corporate Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Chino Hills_ , California.

Date: _02-12-2019_

_Steven Chen_
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1        F 1015-2.1.STMT.RELATED.CASES

Fill in this information to identify the case:

Debtor name    **Nth Connect Telecom, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................    $    **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................    $    **20,009.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................    $    **20,009.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................    $    **3,390.69**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............    +$    **1,000,084.33**

4.   **Total liabilities** ....................................................................
    Lines 2 + 3a + 3b    $    **1,003,475.02**

**Fill in this information to identify the case:**

Debtor name    **Nth Connect Telecom, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   | | | Current value of debtor's interest |
   |---|---|---|
   | 2. | **Cash on hand** | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Comerica Bank**<br>**333 W. Santa Clara St.**<br>**San Jose, CA 95113** | **Checking** | **6083** | **$0.00** |
| 3.2. | **Comerica Bank**<br>**333 W. Santa Clara St.**<br>**San Jose, CA 95113** | **Checking** | **6091** | **$0.00** |
| 3.3. | **Comerica Bank**<br>**333 W. Santa Clara St.**<br>**San Jose, CA 95113** | **Checking** | **6109** | **$0.00** |
| 3.4. | **Wells Fargo Bank**<br>**15860 Soquel Canyon Pkwy.**<br>**Chino Hills, CA 91709** | **Checking** | **7599** | **$0.00** |
| 3.5. | **Wells Fargo Bank**<br>**15860 Soquel Canyon Pkwy.**<br>**Chino Hills, CA 91709** | **Checking** | **7466** | **$0.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor   **Nth Connect Telecom, Inc.**                              Case number *(If known)* _____
Name

|  | JP Morgan Chase Bank<br>1130 E. Plaza Blvd. | | | |
| 3.6. | National City, CA 91950 | Checking | 1627 | $0.00 |

---

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.         $0.00

| Part 2: | **Deposits and Prepayments** |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

**7.**    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   **Fred West Family Trust for 1706 Hoover Avenue, National City, CA 91950, Lease Deposit**        $5,500.00

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.         $5,500.00

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

**11.**    **Accounts receivable**

| 11b. Over 90 days old: | 329,260.00<br>face amount | - | 329,260.00<br>doubtful or uncollectible accounts | =.... | $0.00 |
| 11b. Over 90 days old: | 717,122.00<br>face amount | - | 717,122.00<br>doubtful or uncollectible accounts | =.... | $0.00 |
| 11b. Over 90 days old: | 1,114,851.00<br>face amount | - | 1,114,851.00<br>doubtful or uncollectible accounts | =.... | $0.00 |

**12.**    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.         $0.00

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 2

Debtor    **Nth Connect Telecom, Inc.**                                    Case number *(if known)* _____
              Name

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Desks ($200), chairs ($392), filing cabinet ($80), time clock ($55), metal filing cabinets ($25), 4 draw filing cabinet ($40) eight whiteboards ($512), stacking chairs ($49), floor mats ($100)**<br>**located at 3808 Cedar Street, Unit H236, San Diego, CA 92105** | $1,453.00 | | $1,453.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>**Used Lenovo Laptop ($595),used Sony Vaio laptop ($375), Dell Latitude laptop ($86)**<br>3808 Cedar St., San Diego, CA 92105 | $0.00 | | $1,056.00 |
| 42. | Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | $2,509.00 |
|---|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    __Nth Connect Telecom, Inc.__                                     Case number *(If known)* _____
                    Name

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2000 Ford E350 Bucket Van | $12,000.00 | | $12,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

51.  **Total of Part 8.**                                                                    $12,000.00

       Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

       ■ No. Go to Part 10.
       ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ■ No. Go to Part 11.
       ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ■ No. Go to Part 12.
       ☐ Yes Fill in the information below.

Debtor     __Nth Connect Telecom, Inc.__                              Case number *(If known)* _____
           Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,509.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $12,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $20,009.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $20,009.00 |

**Fill in this information to identify the case:**

Debtor name **Nth Connect Telecom, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:  List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  CHTD Company**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

**c/o Corporation Service Co.
801 Adlai Stevenson Dr.
Springfield, IL 62703-4261**
Creditor's mailing address

Describe the lien
**Security Agreement UCC Filing**
Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**2017**
Last 4 digits of account number

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2  Comerica Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|

**333 W. Santa Clara St.
San Jose, CA 95133**
Creditor's mailing address

Describe the lien
**Security Agreemtn UCC Filing**
Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**2014**
Last 4 digits of account number

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Nth Connect Telecom, Inc.**                                    Case number (if known) _____
         Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Secured Lender Solutions, LLC** | | |
|---|---|---|---|

Creditor's Name

**c/o Corporation Service Co.**
**801 Adlai Stevenson Drive**
**Springfield, IL 62703-4261**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien                        $0.00        Unknown

Describe the lien
**Security Agreement UCC Filing**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 | **UC Factors** | | |
|---|---|---|---|

Creditor's Name

**2200 E. Route 66, Ste. 102**
**P.O. Box 187**
**Glendora, CA 91740-0187**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien                        $0.00        $0.00

Describe the lien
**Security Agreement UCC Filing**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.        $0.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    __Nth Connect Telecom, Inc.__    Case number (if know) _____
     Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **Nth Connect Telecom, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address<br>**CA Employment Development Dept.**<br>**Bankruptcy Group MIC 92E**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred<br>**All Years** | Basis for the claim:<br>**All Taxes** | | |
| | Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**CA Franchise Tax Board**<br>**Special Procedures Bankruptcy Unit**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred<br>**All Years** | Basis for the claim:<br>**All Taxes** | | |
| | Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    51311                    Best Case Bankruptcy

| Debtor | **Nth Connect Telecom, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,390.69 | $3,390.69 |
|---|---|---|---|---|

**City of San Jose**
200 E. Santa Clara St.
San Jose, CA 95113

*Check all that apply.*
- [ ] Contingent
- [■] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
**Business Tax**

Last 4 digits of account number **2210**

Is the claim subject to offset?
- [■] No
- [ ] Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
- [ ] Contingent
- [■] Unliquidated
- [■] Disputed

Date or dates debt was incurred
**All Years**

Basis for the claim:
**All Taxes**

Last 4 digits of account number

Is the claim subject to offset?
- [■] No
- [ ] Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**

Fresno, CA 93888

*Check all that apply.*
- [ ] Contingent
- [■] Unliquidated
- [■] Disputed

Date or dates debt was incurred
**All Years**

Basis for the claim:
**All Taxes**

Last 4 digits of account number

Is the claim subject to offset?
- [■] No
- [ ] Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,138.54 |
|---|---|---|---|

**AFCO**
8885 Rio Diego Dr., #347
San Diego, CA 92108

- [■] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **Nov. 20, 2018**

Last 4 digits of account number  **1992**

Basis for the claim:  **Premium finance agreement - promissory note**

Is the claim subject to offset?  [■] No  [ ] Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,431.95 |
|---|---|---|---|

**Allen Attorney Group**
3172 Camino Colorados
Lafayette, CA 94549

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **4/24/2018**

Last 4 digits of account number  _

Basis for the claim:  **Legal Consulting**

Is the claim subject to offset?  [■] No  [ ] Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Nth Connect Telecom, Inc.**
          Name                                                                Case number *(if known)*

| | |
|---|---|
| 3.3 | |

**Nonpriority creditor's name and mailing address**
American Express
P.O. Box 0001
Los Angeles, CA 90096

Date(s) debt was incurred  **Oct. 6, 2018**

Last 4 digits of account number  **1008**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

**$53,006.57**

---

| | |
|---|---|
| 3.4 | |

**Nonpriority creditor's name and mailing address**
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, CA 90067

Date(s) debt was incurred  **Feb. 15, 2018**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Settlement Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,000.00**

---

| | |
|---|---|
| 3.5 | |

**Nonpriority creditor's name and mailing address**
Chu and Waters LLP
595 Market St., Suite 200
San Francisco, CA 94105

Date(s) debt was
incurred  **March 1, 2016 to 1-31-2018**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional services, outstanding balance due**

Is the claim subject to offset? ■ No  ☐ Yes

**$52,195.00**

---

| | |
|---|---|
| 3.6 | |

**Nonpriority creditor's name and mailing address**
COX Communications Inc.
6205-B Peachtree Dunwoody Rt. NE
Atlanta, GA 30328

Date(s) debt was incurred  **1-9-2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business internet services**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,623.73**

---

| | |
|---|---|
| 3.7 | |

**Nonpriority creditor's name and mailing address**
Data Craft Technologies Inc.
38195 Via Vista Grande
Murrieta, CA 92562

Date(s) debt was incurred  **Nov. 7, 2018**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retailer**

Is the claim subject to offset? ■ No  ☐ Yes

**$848.14**

---

| | |
|---|---|
| 3.8 | |

**Nonpriority creditor's name and mailing address**
Direct Capital
155 Commerce Way
Portsmouth, NH 03801

Date(s) debt was incurred  **Oct. 9, 2018**

Last 4 digits of account number  **1000**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment lease**

Is the claim subject to offset? ■ No  ☐ Yes

**$95,990.34**

---

| | |
|---|---|
| 3.9 | |

**Nonpriority creditor's name and mailing address**
Direct Capital
155 Commerce Way
Portsmouth, NH 03801

Date(s) debt was incurred  **Oct. 9, 2018**

Last 4 digits of account number  **1000**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business personal guaranty loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$70,000.00**

---

Debtor  **Nth Connect Telecom, Inc.**                                        Case number (if known) _____
                Name

| | | |
|---|---|---|
| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,462.00** |

**3.10**

Nonpriority creditor's name and mailing address

**Enterprise FM Trust**
P.O. Box 800089
Kansas City, MO 64180

Date(s) debt was incurred  **Jan. 8, 2019**

Last 4 digits of account number  **7941**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vehicle leasing return**

Is the claim subject to offset? ☑ No  ☐ Yes

**$32,462.00**

---

**3.11**

Nonpriority creditor's name and mailing address

**Fred West Family Trust**
3561 Dalbergia St.
San Diego, CA 92113

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office lease**

Is the claim subject to offset? ☑ No  ☐ Yes

**$92,680.00**

---

**3.12**

Nonpriority creditor's name and mailing address

**Kaiser Permanente**
P.O. Box 23250
San Diego, CA 92193

Date(s) debt was incurred  **Nov. 2018**

Last 4 digits of account number  **DHMO**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Health insurance**

Is the claim subject to offset? ☑ No  ☐ Yes

**$29,242.55**

---

**3.13**

Nonpriority creditor's name and mailing address

**Kaiser Permanente**
P.O. Box 23250
San Diego, CA 92193

Date(s) debt was incurred  **Nov. 2018**

Last 4 digits of account number  **DHMO**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Health Insurance**

Is the claim subject to offset? ☑ No  ☐ Yes

**$20,408.71**

---

**3.14**

Nonpriority creditor's name and mailing address

**Mercedes Benz Financial Service**
P.O. Box 685
Roanoke, TX 76262

Date(s) debt was incurred  **Sep. 28, 2018**

Last 4 digits of account number  **5001**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Auto lease**

Is the claim subject to offset? ☑ No  ☐ Yes

**$16,262.63**

---

**3.15**

Nonpriority creditor's name and mailing address

**Mercedes Benz Financial Service**
P.O. Box 685
Roanoke, TX 76262

Date(s) debt was incurred  **Dec. 6, 2018**

Last 4 digits of account number  **7001**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Auto lease**

Is the claim subject to offset? ☑ No  ☐ Yes

**$13,534.49**

---

**3.16**

Nonpriority creditor's name and mailing address

**Minami Tamaki LLP**
360 Post St., 8th Fl.
San Francisco, CA 94108

Date(s) debt was incurred  **March 31, 2017**

Last 4 digits of account number  **9999**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,400.00**

---

Debtor  **Nth Connect Telecom, Inc.**                                    Case number (if known) _____
        Name

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,082.20 |

**Nextraq**
P.O. Box 538566
Atlanta, GA 30353

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Oct. 10, 2018**
Last 4 digits of account number  **4428**

Basis for the claim:  **Vehicle GPS tracking services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Ricardo Vasquez vs. Nth Connect**
7575 Metropolitan Dr., 2nd Fl.
San Diego, CA 92108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____
Last 4 digits of account number  _____

Basis for the claim:  **Petition for serious and willful misconduct of employer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $361,900.00 |

**Select Pavers**
26291 Productioin Ave., #202
Hayward, CA 94545

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014-2017**
Last 4 digits of account number  _____

Basis for the claim:  **Contract claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,872.44 |

**T-Mobile**
P.O. Box 790047
Saint Louis, MO 63179

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Oct. 29, 2018**
Last 4 digits of account number  **5117**

Basis for the claim:  **Cell phone and data services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,250.00 |

**Team Tech Guru Inc.**
4701 Patrick Henry Drive
Santa Clara, CA 95054

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Oct. 31, 2018**
Last 4 digits of account number  _____

Basis for the claim:  **IT Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,139.00 |

**Travelers Insurance**
P.O. Box 660307
Dallas, TX 75266

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Nov. 21, 2018**
Last 4 digits of account number  **A220**

Basis for the claim:  **Commercial insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.00 |

**US Health Works**
P.O. Box 50042
Los Angeles, CA 90074

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Oct. 21, 2018**
Last 4 digits of account number  **1899**

Basis for the claim:  **Medical Exam**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nth Connect Telecom, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $42,196.74 |
|---|---|---|---|

**Verizon Wireless**
P.O. Box 408
Newark, NJ 07101

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **Nov. 12, 2018**

Last 4 digits of account number **0017**

Basis for the claim: **Cell phone and data services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $3,203.30 |
|---|---|---|---|

**Wells Fargo Financial Leasing**
P.O. Box 10306
Des Moines, IA 50306

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number **6000**

Basis for the claim: **Office equipment lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $2,397.00 |
|---|---|---|---|

**Westchester Surplus Lines Insurance Co.**
455 Market St., 17th Fl.
San Francisco, CA 94105

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **Nov. 20, 2018**

Last 4 digits of account number **0001**

Basis for the claim: **Commercial insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1,774.00 |
|---|---|---|---|

**Westchester Surplus Lines Insurance Co.**
455 Market St., 17th Fl.
San Francisco, CA 94105

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **Nov. 20, 2018**

Last 4 digits of account number **6150**

Basis for the claim: **Commercial insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 3,390.69 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,000,084.33 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 1,003,475.02 |

**Fill in this information to identify the case:**

Debtor name __**Nth Connect Telecom, Inc.**__

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired CATV test equipment lease located at 5524 Lisboa Street, Chino Hills, CA 91709** |
| | State the term remaining | **14 months left on lease** |
| | List the contract number of any government contract | |

Direct Capital
155 Commerce Way
Portsmouth, NH 03801

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired vehicle lease (Vehicle returned)** |
| | State the term remaining | **36 months left on Lease** |
| | List the contract number of any government contract | |

Enterprise FM Trust
P.O. Box 800089
Kansas City, MO 64180

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired Office Lease for 1706 Hoover Avenue, National City, CA 91950** |
| | State the term remaining | **16 months left on lease** |
| | List the contract number of any government contract | |

Fred West Family Trust
3561 Dalbergia St.
San Diego, CA 92113

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease (Vehicle returned)** |
| | State the term remaining | **24 months left on lease** |
| | List the contract number of any government contract | |

Mercedes Benz Financial Service
P.O. Box 685
Roanoke, TX 76262

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1  **Nth Connect Telecom, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired Office Copier** **3808 Cedar St., Unit H236, San Diego, CA 92105** | |
|---|---|---|---|
| | State the term remaining | **12 months left of lease** | **Wells Fargo Financial Leasing** **P. O. Box 10306** **Des Moines, IA 50306** |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
|---|
| Debtor name    **Nth Connect Telecom, Inc.** |
| United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known)    _____ |

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Steven Chen | 5524 Lisboa Street<br>Chino Hills, CA 91709 | American Express | ☐ D _____<br>■ E/F   **3.3**<br>☐ G _____ |
| 2.2 | Steven Chen | 5524 Lisboa Street<br>Chino Hills, CA 91709 | Enterprise FM Trust | ☐ D _____<br>■ E/F   **3.10**<br>☐ G _____ |
| 2.3 | Steven Chen | 5524 Lisboa Street<br>Chino Hills, CA 91709 | Mercedes Benz<br>Financial Service | ☐ D _____<br>■ E/F   **3.14**<br>☐ G _____ |
| 2.4 | Steven Chen | 5524 Lisboa St.<br>Chino Hills, CA 91709 | Fred West Family<br>Trust | ☐ D _____<br>■ E/F   **3.11**<br>☐ G _____ |
| 2.5 | Steven Chen | 5524 Lisboa St.<br>Chino Hills, CA 91709 | Select Pavers | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Nth Connect Telecom, Inc.**                                    Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                              Column 2: **Creditor**

| 2.6 | Steven Chen | 5524 Lisboa Street<br>Chino Hills, CA 91709 | Direct Capital | ☐ D ____<br>☐ E/F ____<br>■ G   **2.1** |
| 2.7 | Steven Chen | 5524 Lisboa Street<br>Chino Hills, CA 91709 | Fred West Family<br>Trust | ☐ D ____<br>☐ E/F ____<br>■ G   **2.3** |
| 2.8 | Steven Chen | 5524 Lisboa Street<br>Chino Hills, CA 91709 | Enterprise FM Trust | ☐ D ____<br>☐ E/F ____<br>■ G   **2.2** |
| 2.9 | Steven Chen | 5524 Lisboa Street<br>Chino Hills, CA 91709 | Mercedes Benz<br>Financial Service | ☐ D ____<br>☐ E/F ____<br>■ G   **2.4** |

Fill in this information to identify the case:

Debtor name **Nth Connect Telecom, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 1/01/2019 to Filing Date | ☐ Operating a business ■ Other Out of business | $0.00 |
| **For prior year:** From 1/01/2018 to 12/31/2018 | ■ Operating a business ☐ Other | $2,047,801.73 |
| **For year before that:** From 1/01/2017 to 12/31/2017 | ■ Operating a business ☐ Other | $6,196,578.66 |
| **For the fiscal year:** From 1/01/2016 to 12/31/2016 | ■ Operating a business ☐ Other | $16,473,037.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **Nth Connect Telecom, Inc.**                                Case number *(if known)*

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. UC Factors<br>2200 E. Route 66, Ste. 102<br>P.O. Box 187<br>Glendora, CA 91740-0187 | 12-3-2018 | $23,813.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. UC Factors<br>2200 E. Route 66, #102<br>P.O. Box 187<br>Glendora, CA 91740-0187 | 12-3-2018 | $10,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives, affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Steven Chen | 4-19-2018 | $5,000.00 | Salary |
| 4.2. Steven Chen | 4-30-2018 | $3,500.00 | Salary |
| 4.3. Steven Chen | 5-9-2018 | $3,000.00 | Salary |
| 4.4. Steven Chen | 5-17-2018 | $5,000.00 | Salary |
| 4.5. Steven Chen | 5-30-2018 | $7,000.00 | Salary |
| 4.6. Steven Chen | 6-4-2018 | $2,000.00 | Salary |
| 4.7. Steven Chen | 6-19-2018 | $5,000.00 | Salary |
| 4.8. Steven Chen | 6-28-2018 | $7,000.00 | Salary |
| 4.9. Steven Chen | 7-3-2018 | $3,000.00 | Salary |
| 4.10 Steven Chen | 7-16-2018 | $2,000.00 | Salary |
| 4.11 Steven Chen | 8-20-2018 | $3,000.00 | Salary |
| 4.12 Steven Chen | 8-28-2018 | $300.00 | Expense reimbursement |
| 4.13 Steven Chen | 9-5-2018 | $3,000.00 | Salary |

Debtor   **Nth Connect Telecom, Inc.**

Case number *(if known)*

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.14 **Steven Chen** | **9-7-2018** | **$1,000.00** | **Salary** |
| 4.15 **Steven Chen** | **9-12-2018** | **$1,000.00** | **Salary** |
| 4.16 **Steven Chen** | **10-9-2018** | **$1,500.00** | **Salary** |
| 4.17 **Steven Chen** | **10-26-2018** | **$2,500.00** | **Salary** |
| 4.18 **Steven Chen** | **10-23-2018** | **$1,000.00** | **Salary** |
| 4.19 **Steven Chen** | **12-29-2018** | **$4,000.00** | **Salary** |
| 4.20 **Steven Chen** | **1-16-2019** | **$2,000.00** | **Salary** |
| 4.21 **Steven Chen** | **1-29-2019** | **$2,000.00** | **Salary** |
| 4.22 **Steven Chen** | **2-16-19** | **$2,000.00** | **Salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Enterprise FM Trust**<br>P.O. Box 800089<br>Kansas City, MO 64180 | **Return of vehicle** | **1-15-2019** | **$32,462.00** |
| **Mercedes Benz Financial Service**<br>P.O. Box 685<br>Roanoke, TX 76262 | **Return of vehicle** | **12-1-2018** | **$10,372.00** |
| **Mercedes Benz Financial Service**<br>P.O. Box 685<br>Roanoke, TX 76262 | **Return of vehicle** | **12-1-2018** | **$16,262.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<span style="background:gray">Part 3:</span>   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    **Nth Connect Telecom, Inc.**                                Case number *(if known)*

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Select Pavers Inc. v. Nth Connect Telecom, Inc.<br>CGC 18-570257 | Breach of Contract | San Francisco Superior court<br>400 McAllister Street<br>San Francisco, CA 94102 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Recardo Vasquez v. Nth Connect Telecom, Inc.<br>ADJ 11227928 | Damages from Injury | California Worker's Comp Appeals Board | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Nth Connect Telecom, Inc.**                     Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **K. Keith McAllister**<br>**1660 Tiburon Blvd., Suite E4**<br>**Belvedere Tiburon, CA 94920** | | 12-26-2018 | $2,500.00 |
| | Email or website address<br>kkmcallister@gmail.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **K. Keith McAllister**<br>**1660 Tiburon Blvd., Suite E4**<br>**Belvedere Tiburon, CA 94920** | | 12-3-2018 | $1,147.50 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **K. Keith McAllister**<br>**1660 Tiburon Blvd., Suite E4**<br>**Belvedere Tiburon, CA 94920** | | 11-12-2018 | $655.50 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **K. Keith McAllister**<br>**1660 Tiburon Blvd., Suite E4**<br>**Belvedere Tiburon, CA 94920** | | 11-12-2018 | $5,335.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

◼ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor    **Nth Connect Telecom, Inc.**                                        Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1 | WCG Group<br>14477 SW 138th Pl.<br>Miami, FL 33186<br><br>Relationship to debtor<br>Business associate | Used vehicle | 3-14-2017 | $58,500.00 |
| 13.2 | WCG Group<br>14477 SW 138th Pl.<br>Miami, FL 33186<br><br>Relationship to debtor<br>Business associate | Used vehicle | 3-16-2017 | $16,000.00 |
| 13.3 | Corintianos Cable SVC<br>1831 Earl Ave.<br>San Bruno, CA 94066<br><br>Relationship to debtor<br>Business associate | Used vehicle | 4-17-2017 | $68,000.00 |
| 13.4 | OC Communications<br>2204 Kausen Dr.<br>Elk Grove, CA 95758<br><br>Relationship to debtor<br>Business associate | Used cable tools | 4-25-2017 | $88,652.36 |
| 13.5 | Jeronimo Plascencia<br>740 N 21st St.<br>San Jose, CA 95112<br><br>Relationship to debtor<br>Business associate | Used vehicle | 4-14-2017 | $22,500.00 |
| 13.6 | Jeronimo Plascencia<br><br>Relationship to debtor<br>Business associate | Used vehicle | 4-21-2017 | $9,750.00 |
| 13.7 | Jeronimo Plascencia<br><br>Relationship to debtor<br>Business associate | Used vehicle | 4-25-2017 | $2,000.00 |
| 13.8 | Jeronimo Plascencia<br><br>Relationship to debtor<br>Business associate | Used vehicle | 3-2-2018 | $47,700.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor  **Nth Connect Telecom, Inc.**                                    Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.9. | Jeronimo Plascencia | Used vehicle | 3-4-2018 | $36,700.00 |
| | Relationship to debtor<br>Business associate | | | |
| 13.10. | ITG Communications<br>1531 Hunt Club Bvd. 210<br>Gallatin, TN 37066 | Used vehicle | 4-25-2017 | $148,000.00 |
| | Relationship to debtor<br>Business associate | | | |
| 13.11. | R. Brother Painting Company<br>707 W Hedding St.<br>San Jose, CA 95110 | Used vehicle | 5-12-2017 | $33,000.00 |
| | Relationship to debtor<br>Business associate | | | |
| 13.12. | Enterprise FM Trust<br>P.O. Box 800089<br>Kansas City, MO 64180 | Used vehicle | 6-6-2017 | $109,686.45 |
| | Relationship to debtor<br>Business associate | | | |
| 13.13. | Enterprise FM Trust<br>P.O. Box 800089<br>Kansas City, MO 64180 | Used vehicle | 6-16-2017 | $17,687.18 |
| | Relationship to debtor<br>Business associate | | | |
| 13.14. | Enterprise FM Trust<br>P.O. Box 800089<br>Kansas City, MO 64180 | Used vehicle | 6-16-2017 | $18,328.38 |
| | Relationship to debtor<br>Business associate | | | |
| 13.15. | Enterprise FM Trust<br>P.O. Box 800089<br>Kansas City, MO 64180 | Used vehicle | 6-22-2017 | $71,476.68 |
| | Relationship to debtor<br>Business associate | | | |
| 13.16. | Enterprise FM Trust<br>P.O. Box 800089<br>Kansas City, MO 64180 | Used vehicle | 6-23-2017 | $197,503.01 |
| | Relationship to debtor<br>business associate | | | |

Debtor    **Nth Connect Telecom, Inc.**                                        Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>7. | **WCG Group**<br>**14477 SW 138th Pl.**<br>**Miami, FL 33186** | **Used cable tools** | **6-12-2017** | **$2,500.00** |
| | **Relationship to debtor**<br>**Business associate** | | | |
| 13.1<br>8. | **Firely**<br>**27012 Burbank**<br>**Foothill Ranch, CA 92510** | **Used Iphone** | **7-19-2017** | **$31,643.75** |
| | **Relationship to debtor**<br>**Business associate** | | | |
| 13.1<br>9. | **We-Wire**<br>**1750 Deer Creek Ct.**<br>**San Jose, CA 95148** | **Used vehicle** | **9-4-2018** | **$30,000.00** |
| | **Relationship to debtor**<br>**Business associate** | | | |
| 13.2<br>0. | **Travelers Indemnity**<br>**P.O. Box 650293**<br>**Dallas, TX 75265** | **Used vehicle** | **10-28-2018** | **$14,044.33** |
| | **Relationship to debtor**<br>**Business associate** | | | |
| 13.2<br>1. | **WCG Group**<br>**1477 SW 138th Place**<br>**Miami, FL 33186** | **Used vehicle** | **10-25-2018** | **$50,000.00** |
| | **Relationship to debtor**<br>**Business associate** | | | |
| 13.2<br>2. | **Technet Partners Inc.**<br>**2262 Rutherford Rd.**<br>**Carlsbad, CA 92008** | **Used vehicle** | **10-28-2018** | **$10,500.00** |
| | **Relationship to debtor**<br>**Business associate** | | | |
| 13.2<br>3. | **Sunshine Communications**<br>**350 Cypress Lane, #D**<br>**El Cajon, CA 92020** | **Used cable tools** | **10-9-2018** | **$11,590.00** |
| | **Relationship to debtor**<br>**Business associate** | | | |
| 13.2<br>4. | **Sunshine Communications**<br>**350 Cypress Ln., #D**<br>**El Cajon, CA 92020** | **Used cable tools** | **10-11-2018** | **$760.00** |
| | **Relationship to debtor**<br>**Business associate** | | | |

Debtor    Nth Connect Telecom, Inc.                                    Case number (if known)

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2<br>5. | **Primetek Filed Solutions**<br>656 Marsat Ct.<br>Chula Vista, CA 91911 | **Used cable tools** | **10-11-2018** | **$3,600.00** |
| | Relationship to debtor<br>**Business associate** | | | |

---

**Part 7:**    **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **1706 Hoover Avenue**<br>**National City, CA 91950** | **1-1-17 to 10-05-18** |
| 14.2. | **941 Catherine St.**<br>**San Jose, CA 95112** | **2-1-16 to 4-30-2017** |
| 14.3. | **2371 Bering Dr.**<br>**San Jose, CA 95112** | **1-1-11 to 1-31-16** |

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor **Nth Connect Telecom, Inc.**                          Case number *(if known)*

### 18. Closed financial accounts
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

### 19. Safe deposit boxes
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

### 20. Off-premises storage
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| Storage<br>3808 Cedar St.<br>San Diego, CA 92105 | Michael Fisher | Old office furniture and copier machine | ☐ No<br>■ Yes |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

### 21. Property held for another
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| Direct Capital<br>155 Commerce Wau<br>Portsmouth, NH 03801 | 5524 Lisboa Street<br>Chino Hills, CA 91709 | Used digital signal test meter | $22,500.00 |
| T-Mobile<br>P.O. Box 790037<br>Saint Louis, MO 63179 | 5524 Lisboa St.<br>Chino Hills, CA 91709 | Used LG handheld mobile device | $4,950.00 |
| Wells Fargo Financial Leasing<br>P.O. Box 10306<br>Des Moines, IA 50306 | Storage<br>3808 Cedar Street, Unit H236<br>Chino Hills, CA 91709 | Unsed copier machine | $3,203.00 |

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

Debtor    **Nth Connect Telecom, Inc.**

Case number *(if known)*

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Chu and Walters, LLP<br>595 Market Street, Suite 2350B<br>San Francisco, CA 94105 | 1-1-12 to 4-15-17 |
| 26a.2. | Danny Ho<br>928 Wright Ave., Unit 106<br>Mountain View, CA 94043 | 1-1-12 to 1-2017 |
| 26a.3. | Enterprise FM Trust<br>P.O. Box 800089<br>Kansas City, MO 64180 | 2009 to 2017 |

Debtor    **Nth Connect Telecom, Inc.**                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.4.    Master Inc.<br>800 S. Douglas Rd., 12th Fl.<br>Miami, FL 33134 | 10-18-2016 |
| 26a.5.    Comerica<br>333 W. Santa Clara St.<br>San Jose, CA 95113 | 3-2014 to 2-2017 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Chu and Walters, LLP<br>595 Market St., Suite 2350B<br>San Francisco, CA 94105 | 2-13-17 |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    Enterprises FM Trust<br>P.O. Box 800089<br>Kansas City, MO 64180 | 2-13-17 |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.    Mastec Inc.<br>800 S Douglas Rd., 12th Floor<br>Miami, FL 33134 | 10-18-16 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Chu and Walters, LLP<br>595 Market St., Suite 2350B<br>San Francisco, CA 94105 | Only have books and records up to 12-31-16 |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    Enterprises FM Trust
P.O. Box 800089
Kansas City, MO 64180

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Nth Connect Telecom, Inc.**                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Steven Chen | 5524 Lisboa Street Chino Hills, CA 91709 | Owner/CEO | 100% from 2004 to present |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Steven Chen 5524 Lisboa St. Chino Hills, CA 91709 | $70,000.00 | 4-19-2018 to 2-16-2019 | Salary and compensation |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Nth Connect Telecom, Inc.**                                    Case number *(if known)*

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___02-12-2019___

_____          **Steven Chen**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Corporate Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re __Nth Connect Telecom, Inc.__

Debtor(s)

Case No. _____

Chapter __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 17,180.00 |
   | Prior to the filing of this statement I have received | $ | 17,180.00 |
   | Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__02/12/2019__
Date

*Keith McAllister*

K. Keith McAllister Attorney at Law
*Signature of Attorney*
**Keith McAllister**
P.O. Box 864
Tiburon, CA 94920
(415) 435-2338   Fax: (415) 435-2521
kkmcallister@gmail.com
*Name of law firm*

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **K. Keith McAllister Attorney at Law**<br>**P.O. Box 864**<br>**Tiburon, CA 94920**<br>**(415) 435-2338 Fax: (415) 435-2521**<br>California State Bar Number: 71857 CA<br>kkmcallister@gmail.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Nth Connect Telecom, Inc.**

CASE NO.:

CHAPTER: **7**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _02-12-2019_

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

Nth Connect Telecom, Inc.
5524 Lisboa Street
Chino Hills, CA 91709


K. Keith McAllister
Keith McAllister
P.O. Box 864
Tiburon, CA 94920


AFCO
8885 Rio Diego Dr., #347
San Diego, CA 92108


Allen Attorney Group
3172 Camino Colorados
Lafayette, CA 94549


American Express
P.O. Box 0001
Los Angeles, CA 90096


CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


CA Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952


Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, CA 90067

CHTD Company
c/o Corporation Service Co.
801 Adlai Stevenson Dr.
Springfield, IL 62703-4261


Chu and Waters LLP
595 Market St., Suite 200
San Francisco, CA 94105


City of San Jose
200 E. Santa Clara St.
San Jose, CA 95113


Comerica Bank
333 W. Santa Clara St.
San Jose, CA 95133


COX Communications Inc.
6205-B Peachtree Dunwoody Rt. NE
Atlanta, GA 30328


Data Craft Technologies Inc.
38195 Via Vista Grande
Murrieta, CA 92562


Direct Capital
155 Commerce Way
Portsmouth, NH 03801


Enterprise FM Trust
P.O. Box 800089
Kansas City, MO 64180

Fred West Family Trust
3561 Dalbergia St.
San Diego, CA 92113


Helmsman Mgmt. Services
Attn.: Ms. Beharry
P.O. Box 7214
London, KY 40742-7214


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Kaiser Permanente
P.O. Box 23250
San Diego, CA 92193


Law Offices of Michael, Tran,
Goldberg & Costello
3055 Oak Road, Mail Stop W270
Walnut Creek, CA 94597


Mercedes Benz Financial Service
P.O. Box 685
Roanoke, TX 76262


Minami Tamaki LLP
360 Post St., 8th Fl.
San Francisco, CA 94108


Nextraq
P.O. Box 538566
Atlanta, GA 30353

Peter Page
524 Spruce Street
Aptos, CA 95003


Ricardo Vasquez vs. Nth Connect
7575 Metropolitan Dr., 2nd Fl.
San Diego, CA 92108


Secured Lender Solutions, LLC
c/o Corporation Service Co.
801 Adlai Stevenson Drive
Springfield, IL 62703-4261


Select Pavers
26291 Productioin Ave., #202
Hayward, CA 94545


Steven Chen
5524 Lisboa Street
Chino Hills, CA 91709


T-Mobile
P.O. Box 790047
Saint Louis, MO 63179


Team Tech Guru Inc.
4701 Patrick Henry Drive
Santa Clara, CA 95054


Travelers Insurance
P.O. Box 660307
Dallas, TX 75266

UC Factors
2200 E. Route 66, Ste. 102
P.O. Box 187
Glendora, CA 91740-0187


US Health Works
P.O. Box 50042
Los Angeles, CA 90074


Verizon Wireless
P.O. Box 408
Newark, NJ 07101


Wells Fargo Financial Leasing
P.O. Box 10306
Des Moines, IA 50306


Westchester Surplus Lines Insurance Co.
455 Market St., 17th Fl.
San Francisco, CA 94105

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **K. Keith McAllister Attorney at Law**<br>**P.O. Box 864**<br>**Tiburon, CA 94920**<br>**(415) 435-2338 Fax: (415) 435-2521**<br>California State Bar Number: **71857 CA**<br>kkmcallister@gmail.com | |

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Nth Connect Telecom, Inc.**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **7** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **K. Keith McAllister Attorney at Law**                    , the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

   ☐ I am the president or other officer or an authorized agent of the Debtor corporation

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ☑ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   *[For additional names, attach an addendum to this form.]*

   b.   ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

02/12/2019

Date

By: _____ *Keith McAllister* _____

Signature of Debtor, or attorney for Debtor

Name:   **K. Keith McAllister Attorney at Law**

Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                              **F 1007-4.CORP.OWNERSHIP.STMT**