| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| K. Keith McAllister<br>State Bar 71857<br>1600 Tiburon Blvd., Suite E-4<br>P.O. Box 864<br>Tiburon, CA 94920<br><br>415-435-2338<br>415-435-2521 (Fax_<br>kkmcallister@gmail.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION**

| In re:<br><br>NTH CONNECT TELECOM, INC.<br><br><br>Debtor(s) | CASE NO.: 6:19-bk-11114<br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B    ☐ Schedule C    ☒ Schedule D    ☒ Schedule E/F    ☐ Schedule G
☒ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☒ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☐ Master Mailing List
☒ Other (specify) Amended Summary of Assets and Liabilities

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:  3/4/2019

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

*NOTE*: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

   60 Crescent Lane, Novato, CA 94947

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
   ___3/5 /2019_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   John P. Pringle        brenfro@rpmlaw.com, jpp@trustesolutions.net

   United States Trustee  ustpregion16.rs.ecf@usdoj.gov

                                              ☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:** On (*date*) ___3/5 /2019_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

   See attached list

                                              ☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___3/5/2019_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

   Nth Connect Telecom, Inc.                       via email: Steven@nthconnect.com
   Attention Steven Chen

   The Honorable Wayne E. Johnson                  by overnight mail
   United States Bankruptcy Court, Central District, Room 3
   3420 Twelfth Street, #384  Riverside, CA 92501-3819

                                              ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 3/5 /19 | Elizabeth Carpenter | *Elizabeth Carpenter* (signature) |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                          Page 2                      F 1007-1.1.AMENDED.SUMMARY

SERVED BY MAIL:

American Express
P.O. Box 0001
Los Angeles, CA 90096-0001

AFCO
8885 Rio Diego Dr.m #347
San Diego, CA 92108

COX Communications Inc.
6205-B Peachtree
Dunwoody Rt. NE
Atlanta, GA 30328

Comerica Bank
335 W. Santa Clara St.
San Jose, CA 95113-1713

Data Craft Technologies Inc.
38195 Via Vista Grande
Murrieta, CA 92562-7377

Direct Capital
155 Commerce Way
Portsmouth, NH 03801-3243

Enterprise FM Trust
P.O. Box 8000089
Kansas City, MO 64180-0089

Kaiser Permanente
P.O. Box 23250
San Diego, CA 92193

Mercedes Benz Fin. Services
P.O. Box 685
Roanoke, TX 76262-0685

Minami Tamaki LLP
360 Post Street, 8th Fl.
San Francisco, CA 94108

Team Tech Guru Inc.
4701 Patrick Henry Dr.
Santa Clara, CA 95054

T-Mobile
P.O. Box 790047
St. Louis, MO 63178

Travelers Insurance
P.O. Box 660307
Dallas, TX 75266-0307

US Health Works
P.O. Box 50042
Los Angeles, CA 90074

Verizon Wireless
P.O. Box 408
Newark, NJ 07101-0408

Wells Fargo Fin. Leasing
P.O. Box 10306
Des Moines, IA 50306-0306

Westchester Surplus Lines
   Insurance Co.
455 Market St., 17th Fl.
San Francisco, CA 9s4105-2420

SDGE
8330 Century Park Ct.
San Diego, CA 92123

EDCO Disposal Corp.
6670 Federal Blvd.
Lemon Grove, CA 91945

CIT Bank NA
c/o Barry W. Ferns, Esq.
2815 Mitchell Dr., #210
Walnut Creek, CA 94598

Eugene Geroche, Jr.
c/o State of California
Dept. Of Ind. Rel., Labor Comm.
7575 Metropolitan Dr., #210
San Diego, CA 92108

Verizon Connect
P.O. Box 347472
Pittsburgh, PA 15251

United States Trustee
3801 University Ave., Suite 720
Riverside, CA 92501-3255

Hon. Wayne E. Johnson
USBC, Central Dist., Room 3
3420 Twelfth St., #384
Riverside, CA 92501-3819

John P. Pringle, Chapter 7 Trustee
Raquermore, Pringle & Moore, Inc.
6055 E. Washington Blvd., #500
Los Angeles, CA 90040

**Fill in this information to identify the case:**

Debtor name     **Nth Connect Telecom, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **6:19-bk-11114**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*....................................................................................................    $             **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................................    $          **24,059.43**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..................................................................................................    $          **24,059.43**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **160,259.50**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $        **3,390.69**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     **862,036.13**

4.   **Total liabilities** .................................................................................................................................
   Lines 2 + 3a + 3b      $     **1,025,686.32**

**Fill in this information to identify the case:**

Debtor name    **Nth Connect Telecom, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)*    **6:19-bk-11114**

■ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$0.00** |

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Comerica Bank**<br>**333 W. Santa Clara St.**<br>**San Jose, CA 95113** | **Checking** | **6083** | **$0.00** |
| 3.2. | **Comerica Bank**<br>**333 W. Santa Clara St.**<br>**San Jose, CA 95113** | **Checking** | **6091** | **$0.00** |
| 3.3. | **Comerica Bank**<br>**333 W. Santa Clara St.**<br>**San Jose, CA 95113** | **Checking** | **6109** | **$215.23** |
| 3.4. | **Wells Fargo Bank**<br>**15860 Soquel Canyon Pkwy.**<br>**Chino Hills, CA 91709** | **Checking** | **7599** | **$1,014.77** |
| 3.5. | **Wells Fargo Bank**<br>**15860 Soquel Canyon Pkwy.**<br>**Chino Hills, CA 91709** | **Checking** | **7466** | **$2,820.43** |

**4.    Other cash equivalents** *(Identify all)*

| Debtor | **Nth Connect Telecom, Inc.** | Case number *(If known)* **6:19-bk-11114** |
|---|---|---|
| | Name | |

**5.**  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$4,050.43

---

**Part 2:**  **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.  **Fred West Family Trust for 1706 Hoover Avenue, National City, CA 91950, Lease Deposit**          $5,500.00

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$5,500.00

---

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**  **Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| 11b. Over 90 days old: | | 329,260.00 | - | 329,260.00 | =.... | $0.00 |
| 11b. Over 90 days old: | | 717,122.00 | - | 717,122.00 | =.... | $0.00 |
| 11b. Over 90 days old: | | 1,114,851.00 | - | 1,114,851.00 | =.... | $0.00 |

**12.**  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$0.00

---

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Debtor | **Nth Connect Telecom, Inc.** | Case number *(If known)* **6:19-bk-11114** |
|---|---|---|
| | Name | |

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Desks ($200), chairs ($392), filing cabinet ($80), time clock ($55), metal filing cabinets ($25), 4 draw filing cabinet ($40) eight whiteboards ($512), stacking chairs ($49), floor mats ($100)**<br>**located at 3808 Cedar Street, Unit H236, San Diego, CA 92105** | **$1,453.00** | | **$1,453.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Used Lenovo Laptop ($595),used Sony Vaio laptop ($375), Dell Latitude laptop ($86)**<br>**3808 Cedar St., San Diego, CA 92105** | **$0.00** | | **$1,056.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$2,509.00** |
|---|---|---|

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 8:**  **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Nth Connect Telecom, Inc.** | Case number *(If known)* **6:19-bk-11114** |
|---|---|---|
| | Name | |

**47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1.    2000 Ford E350 Bucket Van                    $12,000.00                                $12,000.00

**48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.    Aircraft and accessories**

**50.    Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51.    Total of Part 8.**                                                                                    $12,000.00

Add lines 47 through 50.  Copy the total to line 87.

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Nth Connect Telecom, Inc.** | Case number *(If known)* **6:19-bk-11114** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$4,050.43** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$5,500.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$2,509.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$12,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$24,059.43** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$24,059.43** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Nth Connect Telecom, Inc.**__

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    __**6:19-bk-11114**__

■ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **CHTD Company**<br>Creditor's Name<br><br>**c/o Corporation Service Co.**<br>**801 Adlai Stevenson Dr.**<br>**Springfield, IL 62703-4261**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All property** | **$0.00** | **Unknown** |

| | |
|---|---|
| Creditor's email address, if known | **Describe the lien**<br>**Security Agreement UCC Filing, Duplicate claim. See Claim 2.3. See attached.**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>**2017**<br>**Last 4 digits of account number** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | | |
|---|---|---|---|
| **2.2** **CIT Bank NA**<br>Creditor's Name<br><br>**c/o Barry W. Ferns, Esq.**<br>**Ferns, Adams & Assoc.**<br>**2815 Mitchell Dr., E210**<br>**Walnut Creek, CA 94598**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**See attached.** | **$160,259.50** | **$0.00** |

| | |
|---|---|
| Creditor's email address, if known | **Describe the lien**<br>**See attached.**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>**Oct. 9, 2018**<br>**Last 4 digits of account number** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Nth Connect Telecom, Inc.** | Case number (if know) | **6:19-bk-11114** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Comerica Bank** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**333 W. Santa Clara St.
San Jose, CA 95133**

Creditor's mailing address

**All property**

**Describe the lien**

**Seurity Agreement UCC Filing. Claim Paid.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred
2014**

**Last 4 digits of account number
6083**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **Direct Capital, a Div. of CIT Bank** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**155 Commerce Way
Portsmouth, NH 03801**

Creditor's mailing address

**All property**

**Describe the lien**

**Security Agreement and UCC Filing. Duplicate claim. See attached.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred
Oct. 9, 2018**

**Last 4 digits of account number
1000**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 | **Secured Lender Solutions** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o Corporation Service Co.
801 Adlai Stevenson Drive
Springfield, IL 62703-4261**

Creditor's mailing address

**All property**

**Describe the lien**

---

| Debtor | Nth Connect Telecom, Inc. | | Case number (if know) | 6:19-bk-11114 |
|---|---|---|---|---|
| | Name | | | |

**Security Agreement UCC Filing. Duplicate claim. See Claim 2.3. See attached.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2018**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 | **UC Factors** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**2200 E. Route 66, Ste. 102**
**P.O. Box 187**
**Glendora, CA 91740-0187**

Creditor's mailing address

**All accounts, accounts receivable and proceeds.**

**Describe the lien**

**Security Agreement UCC Filing.  Claim paid.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$160,259.50**

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

# NTH CONNECT TELECOM INC.

## CHAPTER 7 CASE NO. 6:19-11114

CENTRAL DISTRICT BANKRUPTCY COURT

To explain duplicate claims in Debtor's Schedule D (Secured Claims) please note the following are creditors of Nth Connect that are related and hold just one claim:

**CIT BANK, N.A.** (See CIT lawsuit vs Nth Connect in San Bernardino Superior Court No. CIVDS1901845, which asserts CIT claims secured by UCC-1 filings in the names of CHDT and Secured Lender Solutions per exhibits 3 and 7 thereto. Therefore, since CIT contends it is secured through UCC-1 filings by CHDT and Secured Lender Solutions, the CIT claims previously listed in Schedule EF (Unsecured Claims) will be removed by amendment.)

**DIRECT CAPITAL** (See CIT lawsuit vs Nth Connect in San Bernardino Superior Court No. CIVDS1901845 at para 3, which states that Direct Capital is a division of CIT. )

**CHDT COMPANY** (This is a name under which CIT filed a UCC-1 on March 10, 2017. See CIT lawsuit vs Nth Connect in San Bernardino Superior Court No. CIVDS1901845 at para 10 which refers to the CHDT UCC-1 filing attached thereto as Exh 3.)

**SECURED LENDER SOLUTIONS, LLC** (This is a name under which CIT filed a UCC-1 on January 19, 2018. See CIT lawsuit vs Nth Connect in San Bernardino Superior Court No. CIVDS1901845 at paragraphs 27, 29, 35 and 39 which refer to the Secured Lender Solutions UCC-1 filing attached thereto as Exh 7.)

**Fill in this information to identify the case:**

Debtor name    **Nth Connect Telecom, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **6:19-bk-11114**

■ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**CA Employment Development Dept.**<br>**Bankruptcy Group MIC 92E**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred<br>**All Years** | Basis for the claim:<br>**All Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**CA Franchise Tax Board**<br>**Special Procedures Bankruptcy Unit**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred<br>**All Years** | Basis for the claim:<br>**All Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **Nth Connect Telecom, Inc.** | | Case number (if known) | **6:19-bk-11114** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,390.69 | $3,390.69 |
|---|---|---|---|---|

**City of San Jose**
**200 E. Santa Clara St.**
**San Jose, CA 95113**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Business Tax**

Last 4 digits of account number **2210**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**All Years**

Basis for the claim:
**All Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**

**Fresno, CA 93888**

☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**All Years**

Basis for the claim:
**All Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,138.54 |
|---|---|---|---|

**AFCO**
**8885 Rio Diego Dr., #347**
**San Diego, CA 92108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Nov. 20, 2018**

Basis for the claim: **Premium finance agreement - promissory note**

Last 4 digits of account number **1992**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,431.95 |
|---|---|---|---|

**Allen Attorney Group**
**3172 Camino Colorados**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/24/2018**

Basis for the claim: **Legal Consulting**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nth Connect Telecom, Inc.** | Case number (if known) | **6:19-bk-11114** |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,006.57 |
|---|---|---|---|

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,006.57** |
|---|---|---|---|
| | **American Express**<br>**P.O. Box 0001**<br>**Los Angeles, CA 90096** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Oct. 6, 2018** | Basis for the claim:  **Credit Card** | |
| | Last 4 digits of account number  **1008** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|
| | **Capstone Law APC**<br>**1875 Century Park East, Suite 1000**<br>**Los Angeles, CA 90067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Feb. 15, 2018** | Basis for the claim:  **Settlement Agreement** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,195.00** |
|---|---|---|---|
| | **Chu and Waters LLP**<br>**595 Market St., Suite 200**<br>**San Francisco, CA 94105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was<br>incurred  **March 1, 2016 to 1-31-2018** | Basis for the claim:  **Professional services, outstanding balance due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,456.36** |
|---|---|---|---|
| | **Comerica Bank**<br>**333 W. Santa Clara St.**<br>**San Jose, CA 95133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1-31-2019** | Basis for the claim:  **Banking fees** | |
| | Last 4 digits of account number  **6083** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,623.73** |
|---|---|---|---|
| | **COX Communications Inc.**<br>**6205-B Peachtree Dunwoody Rt. NE**<br>**Atlanta, GA 30328** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1-9-2019** | Basis for the claim:  **Business internet services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,976.13** |
|---|---|---|---|
| | **CSAA Insurance**<br>**c/o Michael, Tran Law Firm**<br>**3055 Oak Road, Mail Stop W270**<br>**Walnut Creek, CA 94597** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Subrogation claim** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$848.14** |
|---|---|---|---|
| | **Data Craft Technologies Inc.**<br>**38195 Via Vista Grande**<br>**Murrieta, CA 92562** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Nov. 7, 2018** | Basis for the claim:  **Retailer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Nth Connect Telecom, Inc.** | | Case number *(if known)* | **6:19-bk-11114** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$807.00** |
|---|---|---|---|

**EDCO Disposal Corporation**
6670 Federal Blvd.
Lemon Grove, CA 91945

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1-15-2019

**Basis for the claim:** Disposal services

**Last 4 digits of account number** 9344

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32,462.00** |
|---|---|---|---|

**Enterprise FM Trust**
P.O. Box 800089
Kansas City, MO 64180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Jan. 8, 2019

**Basis for the claim:** Vehicle leasing return

**Last 4 digits of account number** 7941

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,105.00** |
|---|---|---|---|

**Eugene Geroche, Jr.**
c/o State of CA, Dept. Inds. Rel.
Labor Commission Office
7575 Metropolitan Dr., #210
San Diego, CA 92108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** July 1 to Oct 5, 2018

**Basis for the claim:** Wage Claim

**Last 4 digits of account number** 9654

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$92,680.00** |
|---|---|---|---|

**Fred West Family Trust**
3561 Dalbergia St.
San Diego, CA 92113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Office lease

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,242.55** |
|---|---|---|---|

**Kaiser Permanente**
P.O. Box 23250
San Diego, CA 92193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Nov. 2018

**Basis for the claim:** Health insurance

**Last 4 digits of account number** DHMO

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,408.71** |
|---|---|---|---|

**Kaiser Permanente**
P.O. Box 23250
San Diego, CA 92193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Nov. 2018

**Basis for the claim:** Health Insurance

**Last 4 digits of account number** DHMO

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,262.63** |
|---|---|---|---|

**Mercedes Benz Financial Service**
P.O. Box 685
Roanoke, TX 76262

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Sep. 28, 2018

**Basis for the claim:** Auto lease

**Last 4 digits of account number** 5001

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nth Connect Telecom, Inc.** | Case number (if known) | **6:19-bk-11114** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,534.49** |
|---|---|---|---|

**Mercedes Benz Financial Service**
P.O. Box 685
Roanoke, TX 76262

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Dec. 6, 2018**

Basis for the claim:  **Auto lease**

Last 4 digits of account number  **7001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|---|

**Minami Tamaki LLP**
360 Post St., 8th Fl.
San Francisco, CA 94108

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **March 31, 2017**

Basis for the claim:  **Legal services**

Last 4 digits of account number  **9999**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,082.20** |
|---|---|---|---|

**Nextraq**
P.O. Box 538566
Atlanta, GA 30353

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Oct. 10, 2018**

Basis for the claim:  **Vehicle GPS tracking services**

Last 4 digits of account number  **4428**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ricardo Vasquez vs. Nth Connect**
7575 Metropolitan Dr., 2nd Fl.
San Diego, CA 92108

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Petition for serious and willful misconduct of employer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,303.91** |
|---|---|---|---|

**SDGE**
8330 Century Part Ct.
San Diego, CA 92123

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2-14-2019**

Basis for the claim:  **Utility services**

Last 4 digits of account number  **0204**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$361,900.00** |
|---|---|---|---|

**Select Pavers**
26291 Productioin Ave., #202
Hayward, CA 94545

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2014-2017**

Basis for the claim:  **Contract claim**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,872.44** |
|---|---|---|---|

**T-Mobile**
P.O. Box 790047
Saint Louis, MO 63179

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Oct. 29, 2018**

Basis for the claim:  **Cell phone and data services**

Last 4 digits of account number  **5117**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Nth Connect Telecom, Inc.** | Case number (if known) | **6:19-bk-11114** |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,250.00** |
|---|---|---|---|

**Team Tech Guru Inc.**
**4701 Patrick Henry Drive**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Oct. 31, 2018**

**Basis for the claim:**  **IT Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,816.00** |
|---|---|---|---|

**Travelers Insurance**
**P.O. Box 660307**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Nov. 21, 2018**

**Basis for the claim:**  **Commercial insurance**

Last 4 digits of account number  **A220**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00** |
|---|---|---|---|

**US Health Works**
**P.O. Box 50042**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Oct. 21, 2018**

**Basis for the claim:**  **Medical Exam**

Last 4 digits of account number  **1899**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,616.74** |
|---|---|---|---|

**Verizon Connect**
**P.O. Box 347472**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/17/2018**

**Basis for the claim:**  **Vehicle tracking device service**

Last 4 digits of account number  **8348**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,196.74** |
|---|---|---|---|

**Verizon Wireless**
**P.O. Box 408**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Nov. 12, 2018**

**Basis for the claim:**  **Cell phone and data services**

Last 4 digits of account number  **0017**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,203.30** |
|---|---|---|---|

**Wells Fargo Financial Leasing**
**P.O. Box 10306**
**Des Moines, IA 50306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Office equipment lease**

Last 4 digits of account number  **6000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,397.00** |
|---|---|---|---|

**Westchester Surplus Lines Ins. Co.**
**455 Market St., 17th Fl.**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Nov. 20, 2018**

**Basis for the claim:**  **Commercial insurance**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Nth Connect Telecom, Inc.** | | Case number *(if known)* | **6:19-bk-11114** |
|---|---|---|---|---|
| | Name | | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,774.00 |
|---|---|---|---|

**Westchester Surplus Lines Ins. Co.**
**455 Market St., 17th Fl.**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Nov. 20, 2018

Basis for the claim:  Commercial insurance

Last 4 digits of account number  6150

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 3,390.69 |
| 5b. Total claims from Part 2 | 5b. + | $ 862,036.13 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 865,426.82 |

NEWLY LISTED CREDITORS


CIT Bank NA
c/o Barry W. Ferns, Esq.
Ferns, Adams & Assoc.
2815 Mitchell Dr., #210
Walnut Creek, CA 94598

CSAA Insurance
c/o Michael Tran Law Firm
3055 Oak Road
Mail Stop W270
Walnut Creek, CA 94597

EDCO Disposal Corporation
6670 Federal Blvd.
Lemon Grove, CA 91945

Eugene Geroche, Jr.
c/o State of California
Department of Industrial Relations
Labor Commission Office
7575 Metropolitan Dr., #210
San Diego, CA 92108

SDGE
8330 Century Park Ct.
San Diego, CA 92123

Verizon Connect
P.O. Box 347472
Pittsburgh, PA 15251

**Fill in this information to identify the case:**

Debtor name _____ **Nth Connect Telecom, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **6:19-bk-11114**

■ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Steven Chen** | **5524 Lisboa Street**<br>**Chino Hills, CA 91709** | **American Express** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.2 **Steven Chen** | **5524 Lisboa Street**<br>**Chino Hills, CA 91709** | **Enterprise FM Trust** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.3 **Steven Chen** | **5524 Lisboa Street**<br>**Chino Hills, CA 91709** | **Mercedes Benz**<br>**Financial Service** | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |
| 2.4 **Steven Chen** | **5524 Lisboa St.**<br>**Chino Hills, CA 91709** | **Fred West Family**<br>**Trust** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.5 **Steven Chen** | **5524 Lisboa St.**<br>**Chino Hills, CA 91709** | **Select Pavers** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Nth Connect Telecom, Inc.** | Case number *(if known)* | **6:19-bk-11114** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Steven Chen**    5524 Lisboa Street<br>Chino Hills, CA 91709 | **Direct Capital** | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |
| 2.7 | **Steven Chen**    5524 Lisboa Street<br>Chino Hills, CA 91709 | **Fred West Family Trust** | ☐ D _____<br>☐ E/F _____<br>■ G __2.3__ |
| 2.8 | **Steven Chen**    5524 Lisboa Street<br>Chino Hills, CA 91709 | **Enterprise FM Trust** | ☐ D _____<br>☐ E/F _____<br>■ G __2.2__ |
| 2.9 | **Steven Chen**    5524 Lisboa Street<br>Chino Hills, CA 91709 | **Mercedes Benz Financial Service** | ☐ D _____<br>☐ E/F _____<br>■ G __2.4__ |

**Fill in this information to identify the case:**

Debtor name   **Nth Connect Telecom, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **6:19-bk-11114**

■ Check if this is an
amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ☐ Operating a business<br>■ Other   **Out of business** | **$0.00** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$2,047,801.73** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$6,196,578.66** |
| **For the fiscal year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$16,473,037.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | Nth Connect Telecom, Inc. | Case number (if known) | **6:19-bk-11114** |
|---|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | UC Factors<br>2200 E. Route 66, Ste. 102<br>P.O. Box 187<br>Glendora, CA 91740-0187 | 12-3-2018 | $23,813.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | UC Factors<br>2200 E. Route 66, #102<br>P.O. Box 187<br>Glendora, CA 91740-0187 | 12-3-2018 | $10,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | Comerica Bank<br>333 W. Santa Clara St.<br>San Jose, CA 95113 | 10-26-2018 | $31,384.67 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Steven Chen | 4-19-2018 | $5,000.00 | Salary |
| 4.2. | Steven Chen | 4-30-2018 | $3,500.00 | Salary |
| 4.3. | Steven Chen | 5-9-2018 | $3,000.00 | Salary |
| 4.4. | Steven Chen | 5-17-2018 | $5,000.00 | Salary |
| 4.5. | Steven Chen | 5-30-2018 | $7,000.00 | Salary |
| 4.6. | Steven Chen | 6-4-2018 | $2,000.00 | Salary |
| 4.7. | Steven Chen | 6-19-2018 | $5,000.00 | Salary |
| 4.8. | Steven Chen | 6-28-2018 | $7,000.00 | Salary |
| 4.9. | Steven Chen | 7-3-2018 | $3,000.00 | Salary |
| 4.10. | Steven Chen | 7-16-2018 | $2,000.00 | Salary |

| Debtor | **Nth Connect Telecom, Inc.** | Case number *(if known)* | **6:19-bk-11114** |
|---|---|---|---|

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.11 **Steven Chen** | **8-20-2018** | **$3,000.00** | **Salary** |
| 4.12 **Steven Chen** | **8-28-2018** | **$300.00** | **Expense reimbursement** |
| 4.13 **Steven Chen** | **9-5-2018** | **$3,000.00** | **Salary** |
| 4.14 **Steven Chen** | **9-7-2018** | **$1,000.00** | **Salary** |
| 4.15 **Steven Chen** | **9-12-2018** | **$1,000.00** | **Salary** |
| 4.16 **Steven Chen** | **10-9-2018** | **$1,500.00** | **Salary** |
| 4.17 **Steven Chen** | **10-26-2018** | **$2,500.00** | **Salary** |
| 4.18 **Steven Chen** | **10-23-2018** | **$1,000.00** | **Salary** |
| 4.19 **Steven Chen** | **12-29-2018** | **$4,000.00** | **Salary** |
| 4.20 **Steven Chen** | **1-16-2019** | **$2,000.00** | **Salary** |
| 4.21 **Steven Chen** | **1-29-2019** | **$2,000.00** | **Salary** |
| 4.22 **Steven Chen** | **10-19-2018** | **$2,636.83** | **Reimbursement for payment to Direct Capital** |
| 4.23 **Steven Chen** | **10-23-2018** | **$1,000.00** | **Reimbrusement for payment to Michael Fisher to Close San Diego Office** |
| 4.24 **Steven Chen** | **February 2018, No Payment March 2018, No Payment** | **$0.00** | |
| 4.25 **Steven Chen** | **After 2-12-2018** | **$0.00** | |
| 4.26 **Steven Chen** | **3-2018** | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Enterprise FM Trust<br>P.O. Box 800089<br>Kansas City, MO 64180** | **Return of vehicle** | **1-15-2019** | **$32,462.00** |

Debtor    **Nth Connect Telecom, Inc.**

Case number *(if known)*    **6:19-bk-11114**

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Mercedes Benz Financial Service** <br> **P.O. Box 685** <br> **Roanoke, TX 76262** | **Return of vehicle** | **12-1-2018** | **$10,372.00** |
| **Mercedes Benz Financial Service** <br> **P.O. Box 685** <br> **Roanoke, TX 76262** | **Return of vehicle** | **12-1-2018** | **$16,262.00** |

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

□ None.

| Case title <br> Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Select Pavers Inc. v. Nth Connect Telecom, Inc.** <br> **CGC 18-570257** | **Breach of Contract** | **San Francisco Superior court** <br> **400 McAllister Street** <br> **San Francisco, CA 94102** | ■ Pending <br> □ On appeal <br> □ Concluded |
| 7.2. **Recardo Vasquez v. Nth Connect Telecom, Inc.** <br> **ADJ 11227928** | **Damages from Injury** | **California Worker's Comp Appeals Board** | ■ Pending <br> □ On appeal <br> □ Concluded |
| 7.3. **CIT Bank N.A. v. Nth Connect Telecom Inc.** <br> **CIVD81901845** | **Breach of Contract** | **Superior Court of California County of San Bernardino** <br> **247 W. Third Street** <br> **San Bernardino, CA 92401** | ■ Pending <br> □ On appeal <br> □ Concluded |

8.  **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Nth Connect Telecom, Inc.** | | Case number *(if known)* | **6:19-bk-11114** |

---

**Part 5:**      Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

     ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:**      Certain Payments or Transfers

11. **Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

     ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **K. Keith McAllister**<br>**1660 Tiburon Blvd., Suite E4**<br>**Belvedere Tiburon, CA 94920** | | **12-26-2018** | **$2,500.00** |
| | Email or website address<br>**kkmcallister@gmail.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **K. Keith McAllister**<br>**1660 Tiburon Blvd., Suite E4**<br>**Belvedere Tiburon, CA 94920** | | **12-3-2018** | **$1,147.50** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **K. Keith McAllister**<br>**1660 Tiburon Blvd., Suite E4**<br>**Belvedere Tiburon, CA 94920** | | **11-12-2018** | **$655.50** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Nth Connect Telecom, Inc.** | | Case number *(if known)*  **6:19-bk-11114** |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.4. | **K. Keith McAllister** **1660 Tiburon Blvd., Suite E4** **Belvedere Tiburon, CA 94920** | | **11-12-2018** | **$5,335.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
  List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
  to a self-settled trust or similar device.
  Do not include transfers already listed on this statement.

  ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
  List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
  2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
  both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

  ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **WCG Group** **14477 SW 138th Pl.** **Miami, FL 33186** | **Used vehicle** | **3-14-2017** | **$58,500.00** |
| | Relationship to debtor **Business associate** | | | |
| 13.2. | **WCG Group** **14477 SW 138th Pl.** **Miami, FL 33186** | **Used vehicle** | **3-16-2017** | **$16,000.00** |
| | Relationship to debtor **Business associate** | | | |
| 13.3. | **Corintianos Cable SVC** **1831 Earl Ave.** **San Bruno, CA 94066** | **Used vehicle** | **4-17-2017** | **$68,000.00** |
| | Relationship to debtor **Business associate** | | | |
| 13.4. | **OC Communications** **2204 Kausen Dr.** **Elk Grove, CA 95758** | **Used cable tools** | **4-25-2017** | **$88,652.36** |
| | Relationship to debtor **Business associate** | | | |

| Debtor | **Nth Connect Telecom, Inc.** | | Case number *(if known)*  **6:19-bk-11114** |
|---|---|---|---|

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.5. | **Jeronimo Plascencia**<br>**740 N 21st St.**<br>**San Jose, CA 95112** | **Used vehicle** | **4-14-2017** | **$22,500.00** |
| | Relationship to debtor<br>**Business associate** | | | |
| 13.6. | **Jeronimo Plascencia** | **Used vehicle** | **4-21-2017** | **$9,750.00** |
| | Relationship to debtor<br>**Business associate** | | | |
| 13.7. | **Jeronimo Plascencia** | **Used vehicle** | **4-25-2017** | **$2,000.00** |
| | Relationship to debtor<br>**Business associate** | | | |
| 13.8. | **Jeronimo Plascencia** | **Used vehicle** | **3-2-2018** | **$47,700.00** |
| | Relationship to debtor<br>**Business associate** | | | |
| 13.9. | **Jeronimo Plascencia** | **Used vehicle** | **3-4-2018** | **$36,700.00** |
| | Relationship to debtor<br>**Business associate** | | | |
| 13.10. | **ITG Communications**<br>**1531 Hunt Club Bvd. 210**<br>**Gallatin, TN 37066** | **Used vehicle** | **4-25-2017** | **$148,000.00** |
| | Relationship to debtor<br>**Business associate** | | | |
| 13.11. | **R. Brother Painting Company**<br>**707 W Hedding St.**<br>**San Jose, CA 95110** | **Used vehicle** | **5-12-2017** | **$33,000.00** |
| | Relationship to debtor<br>**Business associate** | | | |
| 13.12. | **Enterprise FM Trust**<br>**P.O. Box 800089**<br>**Kansas City, MO 64180** | **Used vehicle** | **6-6-2017** | **$109,686.45** |
| | Relationship to debtor<br>**Business associate** | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Nth Connect Telecom, Inc.**

Case number *(if known)*  **6:19-bk-11114**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>3. | **Enterprise FM Trust**<br>P.O. Box 800089<br>**Kansas City, MO 64180** | **Used vehicle** | **6-16-2017** | **$17,687.18** |
| | **Relationship to debtor**<br>**Business associate** | | | |
| 13.1<br>4. | **Enterprise FM Trust**<br>P.O. Box 800089<br>**Kansas City, MO 64180** | **Used vehicle** | **6-16-2017** | **$18,328.38** |
| | **Relationship to debtor**<br>**Business associate** | | | |
| 13.1<br>5. | **Enterprise FM Trust**<br>P.O. Box 800089<br>**Kansas City, MO 64180** | **Used vehicle** | **6-22-2017** | **$71,476.68** |
| | **Relationship to debtor**<br>**Business associate** | | | |
| 13.1<br>6. | **Enterprise FM Trust**<br>P.O. Box 800089<br>**Kansas City, MO 64180** | **Used vehicle** | **6-23-2017** | **$197,503.01** |
| | **Relationship to debtor**<br>**business associate** | | | |
| 13.1<br>7. | **WCG Group**<br>**14477 SW 138th Pl.**<br>**Miami, FL 33186** | **Used cable tools** | **6-12-2017** | **$2,500.00** |
| | **Relationship to debtor**<br>**Business associate** | | | |
| 13.1<br>8. | **Firely**<br>**27012 Burbank**<br>**Foothill Ranch, CA 92510** | **Used Iphone** | **7-19-2017** | **$31,643.75** |
| | **Relationship to debtor**<br>**Business associate** | | | |
| 13.1<br>9. | **We-Wire**<br>**1750 Deer Creek Ct.**<br>**San Jose, CA 95148** | **Used vehicle** | **9-4-2018** | **$30,000.00** |
| | **Relationship to debtor**<br>**Business associate** | | | |
| 13.2<br>0. | **Travelers Indemnity**<br>P.O. Box 650293<br>**Dallas, TX 75265** | **Used vehicle** | **10-28-2018** | **$10,761.14** |
| | **Relationship to debtor**<br>**Business associate** | | | |

Debtor    **Nth Connect Telecom, Inc.**                                    Case number *(if known)*    **6:19-bk-11114**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2<br>1. | **WCG Group**<br>**1477 SW 138th Place**<br>**Miami, FL 33186** | **Used vehicle** | **10-25-2018** | **$50,000.00** |
| | Relationship to debtor<br>**Business associate** | | | |
| 13.2<br>2. | **Technet Partners Inc.**<br>**2262 Rutherford Rd.**<br>**Carlsbad, CA 92008** | **Used vehicle** | **10-28-2018** | **$10,500.00** |
| | Relationship to debtor<br>**Business associate** | | | |
| 13.2<br>3. | **Sunshine Communications**<br>**350 Cypress Lane, #D**<br>**El Cajon, CA 92020** | **Used cable tools** | **10-9-2018** | **$11,590.00** |
| | Relationship to debtor<br>**Business associate** | | | |
| 13.2<br>4. | **Sunshine Communications**<br>**350 Cypress Ln., #D**<br>**El Cajon, CA 92020** | **Used cable tools** | **10-11-2018** | **$760.00** |
| | Relationship to debtor<br>**Business associate** | | | |
| 13.2<br>5. | **Primetek Filed Solutions**<br>**656 Marsat Ct.**<br>**Chula Vista, CA 91911** | **Used cable tools** | **10-11-2018** | **$3,600.00** |
| | Relationship to debtor<br>**Business associate** | | | |

**Part 7:**  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **1706 Hoover Avenue**<br>**National City, CA 91950** | **1-1-17 to 10-05-18** |
| 14.2. | **941 Catherine St.**<br>**San Jose, CA 95112** | **2-1-16 to 4-30-2017** |
| 14.3. | **2371 Bering Dr.**<br>**San Jose, CA 95112** | **1-1-11 to 1-31-16** |

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

| Debtor | Nth Connect Telecom, Inc. | Case number *(if known)* | 6:19-bk-11114 |
|---|---|---|---|

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **JP Morgan Chase Bank**<br>**1130 E. Plaza Blvd.**<br>**National City, CA 91950** | **XXXX-1627** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **January 2019** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Nth Connect Telecom, Inc.** | | Case number *(if known)* **6:19-bk-11114** |
|---|---|---|---|

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Storage**<br>**3808 Cedar St.**<br>**San Diego, CA 92105** | **Michael Fisher** | **Old office furniture and copier machine** | ☐ No<br>■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Direct Capital**<br>**155 Commerce Wau**<br>**Portsmouth, NH 03801** | **5524 Lisboa Street**<br>**Chino Hills, CA 91709** | **29 used digital signal test meters, six of which are broken** | **$22,500.00** |
| **T-Mobile**<br>**P.O. Box 790037**<br>**Saint Louis, MO 63179** | **5524 Lisboa St.**<br>**Chino Hills, CA 91709** | **33 used LG handheld mobile devices** | **$4,950.00** |
| **Wells Fargo Financial Leasing**<br>**P.O. Box 10306**<br>**Des Moines, IA 50306** | **Storage**<br>**3808 Cedar Street, Unit H236**<br>**Chino Hills, CA 91709** | **One used copier machine** | **$3,203.00** |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

| Debtor | Nth Connect Telecom, Inc. | Case number *(if known)* **6:19-bk-11114** |
| --- | --- | --- |

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1. | **Chu and Walters, LLP**<br>**595 Market Street, Suite 2350B**<br>**San Francisco, CA 94105** | **1-1-12 to 4-15-17** |
| 26a.2. | **Danny Ho**<br>**928 Wright Ave., Unit 106**<br>**Mountain View, CA 94043** | **1-1-12 to 1-2017** |
| 26a.3. | **Enterprise FM Trust**<br>**P.O. Box 800089**<br>**Kansas City, MO 64180** | **2009 to 2017** |
| 26a.4. | **Master Inc.**<br>**800 S. Douglas Rd., 12th Fl.**<br>**Miami, FL 33134** | **10-18-2016** |
| 26a.5. | **Comerica**<br>**333 W. Santa Clara St.**<br>**San Jose, CA 95113** | **3-2014 to 2-2017** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26b.1. | **Chu and Walters, LLP**<br>**595 Market St., Suite 2350B**<br>**San Francisco, CA 94105** | **2-13-17** |

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26b.2. | **Enterprises FM Trust**<br>**P.O. Box 800089**<br>**Kansas City, MO 64180** | **2-13-17** |

Debtor    **Nth Connect Telecom, Inc.**                                          Case number *(if known)*  **6:19-bk-11114**

| Name and address | Date of service From-To |
|---|---|
| 26b.3.    **Mastec Inc.**<br>**800 S Douglas Rd., 12th Floor**<br>**Miami, FL 33134** | **10-18-16** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Chu and Walters, LLP**<br>**595 Market St., Suite 2350B**<br>**San Francisco, CA 94105** | **Only have books and records up to 12-31-16** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Enterprises FM Trust**<br>**P.O. Box 800089**<br>**Kansas City, MO 64180** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Steven Chen** | **5524 Lisboa Street**<br>**Chino Hills, CA 91709** | **Owner/CEO** | **100% from 2004 to present** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **Nth Connect Telecom, Inc.**                                   Case number *(if known)*    **6:19-bk-11114**

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Steven Chen** | **$67,500.00 for salary as owner/CEO** | **2-12-2018 to 2-12-2019** |  |
|  | **Relationship to debtor** |  |  |  |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _____

_____                    **Steven Chen**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Corporate Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
■ Yes

Debtor    **Nth Connect Telecom, Inc.**                                    Case number (if known)  **6:19-bk-11114**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1  Steven Chen | $67,500.00 for salary as owner/CEO | 2-12-2018 to 2-12-2019 | |
| Relationship to debtor | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

▨ No
☐ Yes. Identify below.

Name of the parent corporation                               Employer Identification number of the parent corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

▨ No
☐ Yes. Identify below.

Name of the pension fund                                    Employer Identification number of the parent corporation

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _03-04-2019_

_8-1/_                                    Steven Chen
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Corporate Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
▨ No
☐ Yes